UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOSE CASTOIRE, | |
|---|---|
| Plaintiff, | |
| -v.- | 19 Civ. 7628 (KPF) |
| 1535 UNDERCLIFF CORP.; 1535 UNDERCLIFF LLC; RESIDENTIAL MANAGEMENT (NY) INC.; and LABE TWERSKI, | ORDER |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On February 10, 2020, the Court received notice from a mediator in the Court-annexed mediation program that an agreement was reached between the parties in this case on all issues. (Dkt. #13). Given that Plaintiff's claims have been brought pursuant to the Fair Labor Standards Act, any settlement between the parties must be approved by the Court in accordance with *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Therefore, the Court ORDERS the parties to submit a proposed settlement and a motion for approval of the settlement pursuant to *Cheeks* no later than March 11, 2020.

SO ORDERED.

Dated: February 11, 2020
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge